MARC F. FEINSTEIN (SB 158901)
mfeinstein@omm.com
JOSEPH R. O'CONNOR (SB 274421)
joconnor@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendant
HYUNDAI STEEL COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| SIC METALS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI STEEL COMPANY, *et al.*, <br><br> Defendants. | Case No. 8:18-cv-00912-CJC-PLAx <br><br> **ORDER RE STIPULATED PROTECTIVE ORDER** <br><br> Judge: Hon. Paul L. Abrams <br> Date filed: May 29, 2018 <br> Trial: April 21, 2020 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is GRANTED.

**IT IS SO ORDERED**.

DATED: July 26, 2019

*Paul L. Abrams*
_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE