JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

|  |  |
|---|---|
| **SIC METALS INC.,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**HYUNDAI STEEL COMPANY,**<br><br>　　　　Defendant. | Case No.: SACV 18-00912-CJC(PLAx)<br><br>**JUDGMENT** |

　　　Plaintiff SIC Metals Inc. brings this action against Defendant Hyundai Steel Company. The Court granted Defendant's motion for summary judgment on March 3, 2020 after holding a hearing. In light of that, the Court hereby **ORDERS** that:

/ / /

/ / /

1. Plaintiff shall take nothing on his complaint against Defendant;
2. Judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED:     March 3, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE